THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Lance Staughton, owner of S/V BAT OUT OF HELL, a 1997 Carroll Marine, Ltd. Model Mumm 30, U.S.C.G. No. 1070686 (USA55), for Exoneration from or Limitation of Liability. | CASE NO. C20-0725-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Claimant Matthew Walker's unopposed motion to amend his answer (Dkt. No. 27). The other parties consent to the amendment, and it is proper under Rule 15. *See* Fed. R. Civ. P. 15(a)(2) ("a party may amend its pleading . . . with the opposing party's consent"). "Once the adverse party has consented to the amendment of a pleading, the court has no control over the matter under Rule 15(a)." *Fern v. United States*, 213 F.2d 674, 677 (9th Cir. 1954).

Accordingly, the Court GRANTS the parties' stipulated motion. Mr. Walker must file the amended answer within 14 days of this order. The amended answer may not differ from the answer attached to Mr. Walker's motion at Docket Number 27. The Court appreciates the parties working together cooperatively.

DATED this 7th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-0725-JCC
PAGE - 2