THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Lance Staughton, owner of S/V BAT OUT OF HELL, a 1997 Carroll Marine, Ltd. Model Mumm 30, U.S.C.G. No. 1070686 (USA55), for Exoneration from or Limitation of Liability. | CASE NO. C20-0725-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion for relief from the mediation deadline set in the Court's March 24, 2022 scheduling order. (Dkt. No. 46.) The parties indicate that mediation will not lead to the resolution of the claims at issue in this case. (*Id.*) Accordingly, the Court GRANTS the motion and VACATES the August 29, 2022 deadline.

DATED this 24th day of August 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0725-JCC
PAGE - 1